# PD-1074-15

FILED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 19 2015
Abel Acosta, Clerk

PD._____

IN THE TEXAS COURT OF CRIMINAL APPEALS

AT AUSTIN, TEXAS

ANTONIO BERMUDEZ - Petitioner,

V.

THE STATE OF TEXAS - Respondent.

## MOTION TO SUSPEND THE RULE WITH MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

### TO THE HONORABLE JUDGES OF THE TEXAS COURT OF CRIMINAL APPEALS

ON APPEAL FROM THE FIRST DISTRICT COURT OF APPEALS, CASE NO. 01-14-00160-CR, TRIAL COURT 184TH DISTRICT COURT, HARRIS COUNTY, CASE NO. 1370940.

Petitioner Antonio Bermudez hereby files this motion to suspend the Rule to allow him to file the originals of his pleadings without the number of copies normally required by this Court. Petitioner is a prisoner proceeding pro se and without access to xeroxing capabilities.

Petitioner's motion for extension of time is attached hereto, as well.

Wherefore, Petitioner respectfully request that this motion be GRANTED.

Dated: August 13, 2015

by _____
ANTONIO BERMUDEZ

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing to the Harris County District Attorney, 1201 Franklin, Ste. 600, Houston, TX 77002-1923 via U.S. mail.

Dated: August 13, 2015

by _____
ANTONIO BERMUDEZ